395 A.2d 1006

Commonwealth v. Mawson, Appellant.

Submitted September 12. 1977. Patrick J. Flannery, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.